1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

11  RICKY BRUMFIELD,                    )    Case No. 10-6690 JC
                                        )
12                  Plaintiff,          )
                                        )    JUDGMENT
13            v.                        )
                                        )
14                                      )
    MICHAEL J. ASTRUE,                  )
15  Commissioner of Social             )
    Security,                           )
16                                      )
                    Defendant.          )
17  _____        )

18
19        IT IS HEREBY ADJUDGED that the decision of the Commissioner of
20  Social Security is reversed in part and the matter is remanded for further
21  administrative action consistent with the Memorandum Opinion and Order of
22  Remand filed concurrently herewith.

23
24  DATED:    May 19, 2011

25
26                                      _____
                                                     /s/
27                                      Honorable Jacqueline Chooljian
                                        UNITED STATES MAGISTRATE JUDGE
28